IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) Case No. 08-CR-124-bbc ) |
| PHILLIP C. LATHROP, | ) ) ) |
| Defendant. | ) |

FINAL ORDER OF FORFEITURE

WHEREAS, the United States has filed a Motion for a Final Order of Forfeiture which would consist of a personal money judgment against the defendant in the amount of $253,038.39, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the defendant shall forfeit to the United States the sum of $253,038.39 pursuant to Title 18, United States Code, § 982(a)(1)(C) and Title 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture has become final as to the defendant at the time of sentencing.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $253,038.39 to satisfy the money judgment in whole or in part.

Dated: June 1, 2009

_Barbara B. Crabb_
BARBARA B. CRABB
UNITED STATES DISTRICT JUDGE