IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                        ORDER

                Plaintiff,

                                                                        08-cr-124-bbc

     v.

PHILLIP LATHROP,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A scheduling conference was held in this case by telephone on July 27, 2009. Dan Graber participated on behalf of the government. Kelly Welsh participated on behalf of defendant, who did not participate.

      Ms. Welsh believes that she needs more time than presently set aside for an evidentiary hearing on the alleged ineffectiveness of defendant's trial counsel. She and Mr. Graber agreed that the evidentiary hearing could be rescheduled for September 21, 2009, at 9:00 a.m.

      Although the new scheduling may present some problems in light of the criminal cases presently scheduled for that week, I will try to complete the evidentiary hearing on the date scheduled and in any event will give counsel advance notice of the schedule for that day so

1

that they can plan their witnesses accordingly.

Entered this 28th day of July, 2009.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge