IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                            Plaintiff,                    EX PARTE ORDER

  v.

                                                        08-cr-124-bbc

PHILLIP LATHROP,

                            Defendant.
_____

      Pursuant to Rule 17(b), defendant Phillip Lathrop, by counsel requests payment of witness fees and mileage for six defense witnesses already subpoenaed to testify at the October 30, 2009 and November 6, 2009 hearings on his motion for a new trial. *See* dkt. 163. Lathrop has established the reasonable necessity of these witnesses to his motion. Therefore, it is ORDERED that the United States Marshals Service shall provide witness fees and mileage to these witnesses in the same fashion as for the government, namely at no cost to the defendant:

      Jennifer Rohlfing

      Jaclyn Rohlfing

      Kevin Mell

      Richard Martin

      Christopher Van Wagner

      John Markley

      Entered this 26th day of October, 2009.

                                                        BY THE COURT:

                                                        /s/

                                                        STEPHEN L. CROCKER
                                                       Magistrate Judge